

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 24, 1939

Honorable Geo. E. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-264

Re: Conflicting opinions covering
the application of the Chain
Store Tax Law to restaurants,
cafes and eating houses.

By your letter of February 1, 1939, to this Department,
you pointed out the apparent conflict in two outstanding opinions
rendered by another administration concerning the taxability of
restaurants, cafes and eating houses under House Bill No. 18,
Chapter 400, Acts 44th Legislature, 1st Called Session, otherwise
known as the Chain Store Tax Law.

Under date of January 4, 1936, Hubert T. Faulk, then
Assistant Attorney General, advised you that restaurants, cafes
and eating houses generally were subject to the license tax levied
by the above cited Act. By letter opinion of date April 9, 1936,
Wm. M. Brown, then Assistant Attorney General, directed to you an
opinion from this Department holding expressly that restaurants,
cafes and eating houses generally did not fall within the statutory
definition of the term "store" or "mercantile establishment" embodied
in Section 7 of the Chain Store Tax Law so as to be subject to the
license tax levied on such stores.

We have carefully re-examined and considered these two
conflicting opinions and the authorities, both statutory and
judicial, supporting the reasoning of such opinions, as well as the
recent decisions upon this question, and it is our conclusion
therefrom that the opinion written by Mr. Wm. M. Brown and described
above is the correct enunciation of the law upon this question. The
opinion of Hubert T. Faulk of date January 4, 1936, insofar as in-

consistent with the Brown opinion is overruled, and the latter opinion is in all things hereby confirmed.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By     *[signature]*

Pat M. Neff, Jr.
Assistant

PMN:N

APPROVED

*[signature]*

FIRST ASSISTANT ATTORNEY GENERAL